|   |   |
|---|---|
| | The Hon. Ricardo S. Martinez |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR23-056-RSM |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF FORFEITURE** |
| ARMIA TA'JAE, TIMMONS, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Armia Ta'Jae Timmons' interest in the following:

- A sum of money (also known as a forfeiture money judgment) in the amount of $590,014, representing the proceeds Defendant Armia Ta'Jae Timmons obtained from her commission of *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

Order of Forfeiture - 1
*United States v. Armia Ta'Jae Timmons,* CR23-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The proceeds of *Wire Fraud*, in violation of 18 U.S.C. §§ 1343 and 2, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In her Plea Agreement, Defendant agreed to forfeit this $590,014 sum of money pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as it represents the proceeds she obtained as a result of *Wire Fraud*, to which she entered a guilty plea (Dkt. No. 34, ¶ 12);

- In Defendant's Plea Agreement, the United States agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited $590,014 sum to the restitution that is ordered in this case, and that any amount Defendant pays toward restitution will be credited against this $590,014 forfeited sum (Dkt. No. 34, ¶ 12); and

- The forfeiture of this $590,014 sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and Defendant's Plea Agreement, Defendant's interest in the above-identified $590,014 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money in the amount of $590,014 exists in any party other than the United States;

Order of Forfeiture - 2
*United States v. Armia Ta'Jae Timmons,* CR23-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $590,014; and,

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 27th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Armia Ta'Jae Timmons,* CR23-056-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970